### In re Kahuhisa SUGIYAMA and Atsuko Tsukamoto.

#### No. 01–1148.

United States Court of Appeals, Federal Circuit.

April 23, 2001.

#### ON MOTION

#### *ORDER*

LINN, Circuit Judge.

Kazuhisa Sugiyama and Atsuko Tsukamoto move without opposition to voluntarily dismiss their appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to dismiss is granted.

(2) Each side shall bear its own costs.

### In re Yasuhiro KAWAGUCHI, Nobuaki Shimizu, Masato Kaneko, and Hiroshi Nagakawa.

#### No. 01–1180.

United States Court of Appeals, Federal Circuit.

April 23, 2001.

#### ON MOTION

#### *ORDER*

Upon consideration of the unopposed motion of Yasuhiro Kawaguchi et al. to voluntarily dismiss this appeal,

IT IS ORDERED THAT:

(1) The revised official caption is reflected above.

(2) The motion to voluntarily dismiss is granted.